**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CAROL ONKS**                                                                                               **PLAINTIFF**

**V.**                                           **4:10CV00468 JMM**

**STAFFMARK**                                                                                              **DEFENDANT**

### ORDER

This case is dismissed without prejudice for Plaintiff's failure to prosecute. *See* Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2). The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of July 2010.

_____
James M. Moody
United States District Judge