IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL ONKS                                                                                    PLAINTIFF

V.                                             4:10CV00468 JMM

STAFFMARK                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant against the Plaintiff for failure to prosecute.

IT IS SO ORDERED this 12th day of July, 2010.

_____
James M. Moody
United States District Judge